**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DENNIS JAMES SMITH, SR.**                                                                                  **PLAINTIFF**
**ADC #120631**

**V.**                                            **5:08CV00084 WRW**

**DESHA COUNTY JAIL**                                                                                           **DEFENDANT**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.[1]  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.        IT IS THEREFORE ORDERED THAT:

1.    Plaintiff's complaint (docket entry #1) is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2).

2.    The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of June, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's submitted a letter on June 6, 2008 (Doc. No. 10) regarding the case, but it doesn't address the issues in the Recommended Disposition.